

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2018

No. 04-17-00595-CR

Christopher M. **HARBER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5166
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:        Karen Angelini, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

In an opinion and order dated October 24, 2018, this court granted counsel's motion to withdraw. We abated the appeal for the trial court to appoint new counsel to brief the case for appellant, Christopher M. Harber. Pursuant to our order, the trial court has appointed Vikash M. Bhakta, who has entered an appearance in this court.

We **reinstate** this appeal on the active docket of this court and order appellant's brief due **January 2, 2018**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2018.



KEITH E. HOTTLE,
Clerk of Court